**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00667-CV

**BASIC ENERGY SERVICES, L.P., Appellant**

**V.**

**EXCO RESOURCES, INC., EXCO SERVICES, INC., EXCO OPERATING COMPANY, L.P., EXCO OPERATING COMPANY, L.P. FORMERLY KNOWN AS EXCO PARTNERS OPERATING PARTNERSHIP, L.P., EXCO OPERATING COMPANY, L.P. DOING BUSINESS AS EXCO PARTNERS OPERATING PTSH, L.P., SUPERIOR ENERGY SERVICES, L.L.C., SUPERIOR ENERGY SERVICES, INC., WARRIOR ENERGY SERVICES CORPORATION, TEXAS CES, INC., HALLIBURTON ENERGY SERVICES, INC., CHILDRESS FISHING & RENTAL SERVICES, INC., WEATHERFORD U.S., L.P., BENOIT MACHINE, INC., SMITH INTERNATIONAL, INC., AND THOMAS ENERGY SERVICES, LLC, Appellees**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-07735-E**

## ORDER
Before Justices Bridges, Myers, and Schenck

We **REINSTATE** this appeal.

On January 31, 2018, appellees filed its Notice of Suggestion on Pendency of Bankruptcy for EXCO Resources, Inc., Et Al. and Automatic Stay of Proceedings, in which they informed this Court that appellee EXCO Resources, Inc. and certain of its subsidiaries and affiliates filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code. On

February 12, 2018, appellant filed its Unopposed Motion for Extension of Time to File Motion for Rehearing, in which it requested an extension to file its motion for rehearing until 30 days after the automatic stay is lifted by the bankruptcy court.

By order dated February 15, 2018, we granted Appellant's February 12, 2018 Unopposed Motion for Extension of Time to File Motion and abated this cause.

On July 25, 2018, Appellees filed their unopposed motion to reinstate this appeal, in which they informed this Court that on July 23, 2018, the bankruptcy court entered an order lifting the automatic stay pertaining to appellee EXCO Resources, Inc. and certain of its subsidiaries and affiliates and this case.

We **GRANT** Appellees' July 25, 2018 Unopposed Motion to Reinstate.

We **ORDER** Appellant to file its motion for rehearing, if any, on or before **AUGUST 22, 2018**.

/s/     DAVID J. SCHENCK
        JUSTICE